IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR537 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | GOVERNMENT'S NOTICE |
| | ) | OF RESPONSE TO DEFENDANT'S |
| CHARLES MATTHEWS, | ) | REQUEST FOR DISCOVERY |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Gregory A. White, United States Attorney, and Blas E. Serrano, Assistant United States Attorney, and responds to defendant's request for discovery under Federal Criminal Rule 16, as follows:

I. DISCOVERABLE MATERIAL

(a)(1)(A) and (B) - Defendant did not make any statements to law enforcement agents at the time of his arrest.

(a)(1)(D) - A copy of the printout containing the defendant's criminal record is being mailed under separate cover.

(a)(1)(E) and (F) - The government will make available for inspection, copying, and photographing the items listed in Rule 16(a)(1)(E), documents and tangible objects.

(a)(1)(F) and (G) - Mailed under separate cover are copies of laboratory reports of controlled substances seized during the investigation of this case on July 13, 2005 (Report # 05E548), and seizure of July 15, 2005 (Report #05E555).

The government does not anticipate the use of evidence pursuant to Rule 404(b) of the Federal Rules of Criminal Procedure. In the event that any evidence of this nature is discovered during the pendency of this case, the government will notify defense counsel of the intended use under Rule 404(b) with sufficient time for the defense to prepare for trial.

The attorney for the government has no knowledge of exculpatory evidence material to guilt or innocence of the defendant. The government will notify defense counsel of any exculpatory material discovered, if any, immediately upon such discovery in compliance with Brady v. Maryland. Other requests

made are outside the scope of discovery under Rule 16 of the Federal Rules of Criminal Procedure and legal precedents.

                Respectfully submitted,

                GREGORY A. WHITE
                United States Attorney

By:  s/ Blas E. Serrano
     Blas E. Serrano
     Assistant U.S. Attorney
     Reg. No. 0009879
     400 United States Court House
     801 West Superior Avenue
     Cleveland, Ohio 44113
     (216) 622-3873 (phone)
     (216) 522-7499 (facsimile)
     Blas.Serrano@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>7th</u> day of December 2005, a copy of the foregoing Government's Notice of Response to Defendant's Request for Discovery was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                             <u>s/ Blas E. Serrano</u>
                                             Blas E. Serrano
                                             Assistant U.S. Attorney